In re Ohio Criminal Sentencing Statutes Cases.

[Cite as *In re Ohio Criminal Sentencing Statutes Cases,* 109 Ohio St.3d 313, 2006-Ohio-2109.]

(Submitted April 25, 2006—Decided May 3, 2006.)

---

{¶ 1} The following dispositions of currently pending appeals and certified conflicts are hereby entered based on our decision in *State v. Foster,* 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

I

{¶ 2} The judgments of the courts of appeals in the following cases are reversed, and the causes are remanded to the trial courts for resentencing. If propositions of law are noted, such reversals shall apply only to those portions of the judgments of the courts of appeals that are implicated by the applicable propositions of law:

{¶ 3} 2004–1259. *State v. Taylor,* Madison App. No. CA2003–07–025, 2004-Ohio-3171, 2004 WL 1373198.

{¶ 4} 2004–1561. *State v. Blade,* Cuyahoga App. No. 83796, 2004-Ohio-4486, 2004 WL 1902523. Proposition of Law No. II.

{¶ 5} 2004–1635. *State v. Lett,* Cuyahoga App. Nos. 83821 and 83822, 2004-Ohio-4094, 2004 WL 1753209. Proposition of Law No. VI of the appeal and Proposition of Law No. II of the cross-appeal.

{¶ 6} 2004–2074. *State v. Sanders,* Lake App. No. 2003–L–144, 2004-Ohio-5937, 2004 WL 2526405. Proposition of Law No. II.

{¶ 7} 2005–0046. *State v. Wheeler,* Washington App. No. 04CA1, 2004-Ohio-6598, 2004 WL 2827714. Proposition of Law No. II.

{¶ 8} 2005–0065. *State v. Garrett,* Clark App. No. 2003 CA 40, 2004-Ohio-6876, 2004 WL 2914968.

{¶ 9} 2005–0158. *State v. Parsons,* Ashtabula App. No. 2003–A–0030, 2004-Ohio-7237, 2004 WL 3090219. Proposition of Law No. I.

{¶ 10} 2005–0185. *State v. Chewning,* Clermont App. No. CA2004–01–002, 2004-Ohio-6661, 2004 WL 2849222. Proposition of Law No. III.

{¶ 11} 2005–0202. *State v. Hartsock,* Lucas App. No. L–03–1215, 2004-Ohio-6905, 2004 WL 2924327. Proposition of Law No. III. Lanzinger, J., not participating.

{¶ 12} 2005–0234. *State v. Barnette,* Mahoning App. No. 02 CA 65, 2004-Ohio-7211, 2004 WL 3090228 and 2005-Ohio-477, 2005 WL 293804. Proposition of Law III of the appeal.

{¶ 13} 2005–0241. *State v. Love,* Mahoning App. No. 03 MA 19, 2004-Ohio-7062, 2004 WL 2980343. Proposition of Law No. II.

{¶ 14} 2005–0257. *State v. Morris,* Guernsey App. No. 03 CA 29, 2004-Ohio-6988, 2004 WL 2955226.

{¶ 15} 2005–0258. *State v. Hardie,* Washington App. No. 04CA21, 2004-Ohio-7278, 2004 WL 3090197. Proposition of Law No. I.

{¶ 16} 2005–0284. *State v. Hardie,* Washington App. No. 04CA24, 2004-Ohio-7277, 2004 WL 3090247.

{¶ 17} 2005–0296. *State v. Morales,* Lake App. No. 2003–L–025, 2004-Ohio-7239, 2004 WL 3090188. Proposition of Law No. III.

{¶ 18} 2005–0316. *State v. Curd,* Lake App. No. 2003–L–030, 2004-Ohio-7222, 2004 WL 3090211. Proposition of Law No. I.

{¶ 19} 2005–0339. *State v. Ferguson,* Hamilton App. No. C–040114, 2004-Ohio-7132, 2004 WL 3015093. Proposition of Law No. II.

{¶ 20} 2005–0371. *State v. Rowles,* Summit App. No. 22007, 2005-Ohio-14, 2005 WL 19440. Proposition of Law No. I.

{¶ 21} 2005–0374. *State v. Walker,* Hamilton App. No. C–040202.

{¶ 22} 2005–0380. *State v. Jenkins,* Summit App. No. 22008, 2005-Ohio-11, 2005 WL 19439. Proposition of Law No. II.

{¶ 23} 2005–0500. *State v. Hall,* Franklin App. No. 04AP–17, 2005-Ohio-335, 2005 WL 225312. Proposition of Law No. I.

{¶ 24} 2005–0535. *State v. Murphy,* Lake App. No. 2003–L–049, 2005-Ohio-412, 2005 WL 280357.

{¶ 25} 2005–0542. *State v. Abdul–Mumin,* Franklin App. Nos. 04AP–485 and 04AP–486, 2005-Ohio-522, 2005 WL 315062.

{¶ 26} 2005–0576. *State v. Wilson,* Washington App. No. 04CA18, 2005-Ohio-830, 2005 WL 459129. Proposition of Law No. I.

{¶ 27} 2005–0587. *State v. Dinapoli,* Lake App. No. 2003–L–169, 2005-Ohio-824, 2005 WL 449467. Proposition of Law No. I.

{¶ 28} 2005–0613. *State v. Carson*, Hamilton App. No. C–040042, 2005-Ohio-902, 2005 WL 497290. Proposition of Law No II.

{¶ 29} 2005–0614. *State v. Bell*, Hamilton App. No. C–040488. Proposition of Law No. II.

{¶ 30} 2005–0619. *State v. Schaub*, Lake App. No. 2003–L–091, 2005-Ohio-703, 2005 WL 407567.

{¶ 31} 2005–0622. *State v. Battle*, Franklin App. No. 03AP–1269, 2005-Ohio-707, 2005 WL 407572.

{¶ 32} 2005–0628. *State v. Ashbrook*, Stark App. No. 2004–CA–00109, 2005-Ohio-740, 2005 WL 428032. Proposition of Law No. III.

{¶ 33} 2005–0632. *State v. Billingsley*, Putnam App. No. 12–04–14.

{¶ 34} 2005–0633. *State v. Billingsley*, Putnam App. No. 11–04–21.

{¶ 35} 2005–0637. *State v. Cockroft*, Franklin App. No. 04AP–608, 2005-Ohio-748, 2005 WL 428573. Proposition of Law No. II.

{¶ 36} 2005–0643. *State v. Moore*, Allen App. No. 1–04–09, 2005-Ohio-676, 2005 WL 405706.

{¶ 37} 2005–0666. *State v. Clifford*, Paulding App. No. 11–04–06, 2005-Ohio-958, 2005 WL 517514.

{¶ 38} 2005–0688. *State v. Sieng*, Franklin App. No. 04AP–556, 2005-Ohio-1003, 2005 WL 555664. Proposition of Law No. VI.

{¶ 39} 2005–0709. *State v. Le*, Cuyahoga App. No. 84429, 2005-Ohio-881, 2005 WL 488378.

{¶ 40} 2005–0713. *State v. Austin*, Montgomery App. No. 20445, 2005-Ohio-1035, 2005 WL 567305. Proposition of Law No. II.

{¶ 41} 2005–0723. *State v. Malloy*, Allen App. No. 1–04–64, 2005-Ohio-961, 2005 WL 517469.

{¶ 42} 2005–0732. *State v. Newsome*, Ashtabula App. No. 2003–A–0069, 2005-Ohio-1104, 2005 WL 583789.

{¶ 43} 2005–0737. *State v. Rupert*, Lake App. No. 2003–L–154, 2005-Ohio-1098, 2005 WL 583796. Proposition of Law No. I.

{¶ 44} 2005–0745. *State v. Black*, Allen App. No. 1–04–83, 2005-Ohio-1253, 2005 WL 638688.

{¶ 45} 2005–0769. *State v. Curlis*, Wood App. No. WD–04–032, 2005-Ohio-1217, 2005 WL 635025.

{¶ 46} 2005–0772. *State v. John*, Lucas App. No. L–03–1261, 2005-Ohio-1218, 2005 WL 635026. Proposition of Law No. II of the cross-appeal.

{¶ 47} 2005–0789. *State v. Scott,* Cuyahoga App. No. 84844, 2005-Ohio-1192, 2005 WL 628524. Proposition of Law No. II.

{¶ 48} 2005–0809. *State v. Goins,* Mahoning App. No. 02CA68, 2005-Ohio-1439, 2005 WL 704865. Proposition of Law No. I.

{¶ 49} 2005–0826. *State v. Ward,* Washington App. No. 04CA25, 2005-Ohio-1580, 2005 WL 737578.

{¶ 50} 2005–0848. *State v. Andrews,* Cuyahoga App. No. 84137, 2005-Ohio-1161, 2005 WL 616081. Proposition of Law No. IV.

{¶ 51} 2005–0868. *State v. Scarberry,* Logan App. No. 8–04–32, 2005-Ohio-1425, 2005 WL 696829.

{¶ 52} 2005–0875. *State v. Colvin,* Franklin App. No. 04AP–421, 2005-Ohio-1448, 2005 WL 704818.

{¶ 53} 2005–0876. *State v. Allen,* Lake App. No. 2004–L–038, 2005-Ohio-1415, 2005 WL 694351.

{¶ 54} 2005–0890. *State v. Hill,* Cuyahoga App. No. 84683, 2005-Ohio-1311, 2005 WL 678120. Proposition of Law No. III.

{¶ 55} 2005–0903. *State v. Burns,* Summit App. No. 22198, 2005-Ohio-1459, 2005 WL 711927. Proposition of Law No. I.

{¶ 56} 2005–0906. *State v. Worrell,* Franklin App. No. 04AP–410, 2005-Ohio-1521, 2005 WL 736529. Proposition of Law No. II.

{¶ 57} 2005–0909. *State v. Holt,* Erie App. No. E–04–004, 2005-Ohio-1554, 2005 WL 737000. Proposition of Law No. I.

{¶ 58} 2005–0910. *State v. Hyslop,* Lucas App. No. L–03–1298, 2005-Ohio-1556, 2005 WL 736996.

{¶ 59} 2005–0917. *State v. Rorie,* Stark App. No. 2002CA00187, 2005-Ohio-1726, 2005 WL 845230.

{¶ 60} 2005–0954. *State v. Whited,* Washington App. No. 04CA31, 2005-Ohio-2224, 2005 WL 1048721.

{¶ 61} 2005–0966. *State v. Wymer,* Lucas App. No. L–03–1125, 2005-Ohio-1775, 2005 WL 859445.

{¶ 62} 2005–0983. *State v. Harris,* Fulton App. No. F–04–005, 2005-Ohio-1779, 2005 WL 859448. Proposition of Law No. III. The discretionary appeal as to Proposition of Law Nos. V and VI (previously held for the decision in 2004–1279 and 2004–1696, *State v. Threatt* ) is dismissed as having been improvidently accepted.

{¶ 63} 2005–1020. *State v. Daniels,* Putnam App. No. 12–04–07, 2005-Ohio-1920, 2005 WL 941019. Proposition of Law No. II.

{¶ 64} 2005–1042. *State v. Spellman,* Geauga App. No. 2004–G–2565, 160 Ohio App.3d 718, 2005-Ohio-2065, 828 N.E.2d 695. Proposition of Law No. III.

{¶ 65} 2005–1051. *State v. Beltowski,* Lake App. Nos. 2003–L–126 and 2003–L–150, 2005-Ohio-2075, 2005 WL 1007191. Proposition of Law No. III.

{¶ 66} 2005–1056. *State v. Bradford,* Lake App. No. 2003–L–168, 2005-Ohio-2070, 2005 WL 1009821. Proposition of Law No. II.

{¶ 67} 2005–1117. *State v. Todd,* Butler App. No. CA2004–06–123, 2005-Ohio-2270, 2005 WL 1077179.

{¶ 68} 2005–1134. *State v. Howard,* Clark App. No. 2004CA29, 2005-Ohio-2237, 2005 WL 1060621. Proposition of Law No. IV.

{¶ 69} 2005–1139. *State v. Clifford,* Paulding App. No. 11–04–18, 2005-Ohio-2357, 2005 WL 1131585. Proposition of Law No. I.

{¶ 70} 2005–1161. *State v. Watkins,* Allen App. No. 1–04–17, 2005-Ohio-2359, 2005 WL 1131576. Proposition of Law No. I.

{¶ 71} 2005–1164. *State v. Farley,* Butler App. No. CA2004–04–085, 2005-Ohio-2367, 2005 WL 1131745.

{¶ 72} 2005–1175. *State v. Montgomery,* Clermont App. No. CA2004–06–047, 2005-Ohio-2371, 2005 WL 1131734.

{¶ 73} 2005–1200. *State v. Sebring,* Butler App. No. CA2004–08–195.

{¶ 74} 2005–1207. *State v. Krois,* Hamilton App. No. C–040543.

{¶ 75} 2005–1242. *State v. Calhoun,* Butler App. No. CA2004–08–192.

{¶ 76} 2005–1249. *State v. Fiedler,* Lake App. No. 2003–L–190, 2005-Ohio-3388, 2005 WL 1538243.

{¶ 77} 2005–1250. *State v. Semala,* Lake App. No. 2003–L–128, 2005-Ohio-2653, 2005 WL 1272473.

{¶ 78} 2005–1303. *State v. Mason,* Butler App. Nos. CA2004–06–154 and CA2004–06–164, 2005-Ohio-2918, 2005 WL 1385221. Proposition of Law No. VII.

{¶ 79} 2005–1319. *State v. Paynter,* Muskingum App. No. CT2004–0015, 2005-Ohio-2911, 2005 WL 1384629. Proposition of Law Nos. III and IV.

{¶ 80} 2005–1321. *State v. Coffeen,* Butler App. No. CA2004–08–211.

{¶ 81} 2005–1324. *State v. Langlois,* Ashtabula App. No. 2003–A–0080, 2005-Ohio-2795, 2005 WL 1324724. Proposition of Law No. III.

{¶ 82} 2005–1343. *State v. Satterwhite,* Franklin App. Nos. .04AP–964 and 04AP–965, 2005-Ohio-2823, 2005 WL 1356445.

{¶ 83} 2005–1345. *State v. Morris,* Highland App. No. 04CA20, 2005-Ohio-2980, 2005 WL 1400033.

{¶ 84} 2005–1353. *State v. Atkins–Boozer,* Cuyahoga App. No. 84151, 2005-Ohio-2666, 2005 WL 1274215. Proposition of Law No. III.

{¶ 85} 2005–1366. *State v. Jenkins,* Cuyahoga App. No. 84644, 2005-Ohio-2824, 2005 WL 1364716. Proposition of Law No. III.

{¶ 86} 2005–1393. *State v. Kisseberth,* Montgomery App. No. 20500, 2005-Ohio-3059, 2005 WL 1415037. Proposition of Law No. I.

{¶ 87} 2005–1412. *State v. McClanahan,* Summit App. No. 22277, 2005-Ohio-2975, 2005 WL 1398835. Proposition of Law No. I.

{¶ 88} 2005–1421. *State v. Lett,* Cuyahoga App. Nos. 84707 and 84729, 161 Ohio App.3d 274, 2005-Ohio-2665, 829 N.E.2d 1281.

{¶ 89} 2005–1431. *State v. Frazier,* Hancock App. No. 5–04–57, 2005-Ohio-3515, 2005 WL 1606304.

{¶ 90} 2005–1447. *State v. Fout,* Franklin App. No. 04AP–1139, 2005-Ohio-3151, 2005 WL 1483173.

{¶ 91} 2005–1449. *State v. Hall,* Cuyahoga App. Nos. 84793 and 85364, 2005-Ohio-3421, 2005 WL 1541017. Proposition of Law No. III.

{¶ 92} 2005–1467. *State v. Bunch,* Mahoning App. No. 02 CA 196, 2005-Ohio-3309, 2005 WL 1523844. Proposition of Law No. I of the appeal.

{¶ 93} 2005–1471. *State v. Linville,* Franklin App. No. 04AP–917, 2005-Ohio-3150, 2005 WL 1476892. Proposition of Law No. I.

{¶ 94} 2005–1476. *State v. Perkins,* Cuyahoga App. No. 84037.

{¶ 95} 2005–1477. *State v. Cooper,* Cuyahoga App. No. 84645, 2005-Ohio-3424, 2005 WL 1541000. Proposition of Law No. I.

{¶ 96} 2005–1482. *State v. Valasquez,* Cuyahoga App. Nos. 85135 and 85136, 2005-Ohio-3021, 2005 WL 1413306.

{¶ 97} 2005–1488. *State v. Abdelshahid,* Cuyahoga App. Nos. 84579 and 84580, 2005-Ohio-3001, 2005 WL 1406283. Proposition of Law No. I.

{¶ 98} 2005–1489. *State v. Pridgen,* Stark App. No. 2004 CA 00313, 2005-Ohio-3291, 2005 WL 1519347. Proposition of Law No. I.

{¶ 99} 2005–1508. *State v. West,* Washington App. No. 04CA37, 2005-Ohio-3485, 2005 WL 1580650.

{¶ 100} 2005–1523. *State v. Head,* Lake App. No. 2001–L–228, 2005-Ohio-3407, 2005 WL 1538490. Proposition of Law No. I.

{¶ 101} 2005–1541. *State v. Kravochuck,* Cuyahoga App. No. 85261, 2005-Ohio-3161, 2005 WL 1490105.

{¶ 102} 2005–1550. *State v. Whitt,* Cuyahoga App. No. 84895, 2005-Ohio-3162, 2005 WL 1490127.

{¶ 103} 2005–1555. *State v. Attaway,* Cuyahoga App. No. 85036, 2005-Ohio-3420, 2005 WL 1540998.

{¶ 104} 2005–1572. *State v. Bigsby,* Cuyahoga App. No. 83370, 162 Ohio App.3d 251, 2005-Ohio-3590, 833 N.E.2d 322. Proposition of Law No. I.

{¶ 105} 2005–1583. *State v. Harris,* Hamilton App. No. C–040598. Proposition of Law Nos. II and III.

{¶ 106} 2005–1628. *State v. Taylor,* Athens App. No. 04CA32, 2005-Ohio-3721, 2005 WL 1707028. Proposition of Law No. I.

{¶ 107} 2005–1632. *State v. Collins,* Montgomery App. No. 20287, 2005-Ohio-3875, 2005 WL 1797510. Proposition of Law No. III.

{¶ 108} 2005–1651. *State v. Terry,* Hamilton App. No. C–040261, 2005-Ohio-4140, 2005 WL 1923530. Proposition of Law Nos. I and II.

{¶ 109} 2005–1670. *State v. Wagner,* Licking App. No. 04CA79, 2005-Ohio-3821, 2005 WL 1785105.

{¶ 110} 2005–1671. *State v. Brooks,* Cuyahoga App. No. 83668, 2005-Ohio-3567, 2005 WL 1648682. Proposition of Law No. I.

{¶ 111} 2005–1673. *State v. Dunn,* Logan App. No. 8–05–03, 2005-Ohio-3762, 2005 WL 1712894. Proposition of Law No. II.

{¶ 112} 2005–1686. *State v. Sanchez,* Franklin App. No. 04AP–1320, 2005-Ohio-3783, 2005 WL 1745315.

{¶ 113} 2005–1705. *State v. Johnson,* Washington App. No. 04CA23, 2005-Ohio-3943, 2005 WL 1819581.

{¶ 114} 2005–1722. *State v. Wright,* Clermont App. No. CA2004–08–061, 2005-Ohio-3907, 2005 WL 1799296.

{¶ 115} 2005–1738. *State v. Williams,* Cuyahoga App. No. 85327, 2005-Ohio-3715, 2005 WL 1707016. Proposition of Law Nos. I and II.

{¶ 116} 2005–1752. *State v. Deters,* Hamilton App. No. C–010645, 163 Ohio App.3d 157, 2005-Ohio-4049, 837 N.E.2d 381. Proposition of Law No. II.

{¶ 117} 2005–1753. *State v. Thompson,* Fairfield App. No. 04CA25, 2005-Ohio-4111, 2005 WL 1897428.

{¶ 118} 2005–1772. *State v. Greitzer,* Portage App. No. 2003–P–0110, 2005-Ohio-4037, 2005 WL 1862121. Proposition of Law No. II.

{¶ 119} 2005–1778. *State v. Bailey,* Clermont App. No. CA2005–04–024.

{¶ 120} 2005–1819. *State v. Jefferson,* Montgomery App. No. 20698, 2005-Ohio-4201, 2005 WL 1939799. Proposition of Law No. III.

{¶ 121} 2005–1823. *State v. Martin,* Montgomery App. No. 20516, 2005-Ohio-4602, 2005 WL 2107858. Proposition of Law No. II.

{¶ 122} 2005–1840. *State v. Covington*, Hamilton App. No. C–040429. Proposition of Law No. III.

{¶ 123} 2005–1844. *State v. Houston*, Franklin App. No. 04AP–875, 2005-Ohio-4249, 2005 WL 1953057. Proposition of Law No. IV.

{¶ 124} 2005–1913. *State v. Stonestreet*, Hamilton App. No. C–040264, 2005-Ohio-4416, 2005 WL 2045451. Proposition of Law No. III.

{¶ 125} 2005–1918. *State v. Orwick*, Hancock App. No. 5–04–42, 2005-Ohio-4444, 2005 WL 2064871. Proposition of Law No. I.

{¶ 126} 2005–1931. *State v. Jones*, Summit App. No. 22483, 2005-Ohio-4664, 2005 WL 2140578.

{¶ 127} 2005–1950. *State v. Baker*, Franklin App. No. 05AP–177, 2005-Ohio-4680, 2005 WL 2160782.

{¶ 128} 2005–1951. *State v. Macon*, Franklin App. No. 05AP–155, 2005-Ohio-4929, 2005 WL 2277616.

{¶ 129} 2005–1952. *State v. Perry*, Trumbull App. No. 2004–T–0113, 2005-Ohio-4653, 2005 WL 2133706.

{¶ 130} 2005–1959. *State v. Clagg*, Washington App. No. 04CA30, 2005-Ohio-4992, 2005 WL 2303987.

{¶ 131} 2005–1970. *State v. Harris*, Marion App. No. 9–04–11, 2005-Ohio-4618, 2005 WL 2129299. Proposition of Law No. II.

{¶ 132} 2005–1975. *State v. Mullens*, Summit App. Nos. 22482 and 22504, 2005-Ohio-4665, 2005 WL 2140566.

{¶ 133} 2005–1983. *State v. Gonzales*, Defiance App. No. 4–05–03, 2005-Ohio-4912, 2005 WL 2267351.

{¶ 134} 2005–2004. *State v. Anderson*, Lake App. No. 2004–L–157, 2005-Ohio-4896, 2005 WL 2268976.

{¶ 135} 2005–2011. *State v. Hogan*, Mahoning App. Nos. 03–MA–224 and 04–MA–3, 2005-Ohio-4889, 2005 WL 2268055.

{¶ 136} 2005–2023. *State v. Taylor*, Franklin App. Nos. 05AP–98 and 05AP–99, 2005-Ohio-5168, 2005 WL 2387625.

{¶ 137} 2005–2059. *State v. Rogers*, Stark App. No. 2005CA00055, 2005-Ohio-4958, 2005 WL 2300293. Proposition of Law No. III.

{¶ 138} 2005–2063. *State v. Smith*, Lucas App. No. L–05–1004, 2005-Ohio-5020, 2005 WL 2334659.

{¶ 139} 2005–2071. *State v. Keller*, Summit App. No. 22514, 2005-Ohio-5108, 2005 WL 2372841. Proposition of Law No. III.

{¶ 140} 2005–2074. *State v. Henderson,* Franklin App. No. 04AP–1212, 2005-Ohio-4970, 2005 WL 2303693. Proposition of Law No. I.

{¶ 141} 2005–2083. *State v. Sheaffer,* Summit App. No. 22451, 2005-Ohio-5112, 2005 WL 2372836.

{¶ 142} 2005–2101. *State v. Miller,* Cuyahoga App. No. 85564, 2005-Ohio-4583, 2005 WL 2100578. Proposition of Law Nos. II and III.

{¶ 143} 2005–2112. *State v. Eye,* Washington App. No. 05CA13, 2005-Ohio-5317, 2005 WL 2450163.

{¶ 144} 2005–2115. *State v. Ali,* Cuyahoga App. No. 85234, 2005-Ohio-4815, 2005 WL 2241017.

{¶ 145} 2005–2127. *State v. ·Garvin,* Cuyahoga App. No. 85517, 2005-Ohio-4811, 2005 WL 2240984.

{¶ 146} 2005–2136. *State v. Ross,* Summit App. Nos. 22447 and 22598, 2005-Ohio-5189, 2005 WL 2401611. Proposition of Law Nos. V and VI.

{¶ 147} 2005–2218. *State v. Galloway,* Cuyahoga App. No. 85685, 2005-Ohio-6013, 2005 WL 2467278. Proposition of Law No. I.

{¶ 148} 2005–2335. *State v. Piesciuk,* Butler App. No. CA2004–03–055, 2005-Ohio-5767, 2005 WL 2840637. Proposition of Law No. IV.

## II

{¶ 149} The judgments of the courts of appeals in the following cases are affirmed:

{¶ 150} 2004–1777. *State v. Glass,* Cuyahoga App. No. 83950, 2004-Ohio-4495, 2004 WL 1903251.

{¶ 151} 2004–1888. *State v. Glass,* Cuyahoga App. No. 84035, 2004-Ohio-4912, 2004 WL 2072498.

{¶ 152} 2004–1971. *State v. Washatka,* Cuyahoga App. No. 83679, 2004-Ohio-5384, 2004 WL 2252048.

{¶ 153} 2004–2002. *State v. Mason,* Cuyahoga App. No. 84061, 2004-Ohio-5388, 2004 WL 2252051.

{¶ 154} 2004–2003. *State v. Moore,* Cuyahoga App. No. 83653, 2004-Ohio-5383, 2004 WL 2252044.

{¶ 155} 2005–0107. *State v. Murrin,* Cuyahoga App. No. 83482, 2004-Ohio-6301, 2004 WL 2677454.

{¶ 156} 2005–0585. *State v. Straughn,* Hamilton App. No. C–040093.

{¶ 157} 2005–0687. *State v. Young,* Hamilton App. No. C–030345.

{¶ 158} 2005–0784. *State v. Miller*, Cuyahoga App. No. 84431, 2005-Ohio-771, 2005 WL 433513.

{¶ 159} 2005–1026. *State v. Taylor*, Athens App. No. 04CA13, 2005-Ohio-2223, 2005 WL 1048722.

{¶ 160} 2005–1236. *State v. Lee*, Hamilton App. No. C–040540, 162 Ohio App.3d 648, 2005-Ohio-3395, 834 N.E.2d 825.

{¶ 161} 2005–1423. *State v. Baccus*, Hamilton App. No. C–040028, 2005-Ohio-3704, 2005 WL 1704900.

{¶ 162} 2005–2073. *State v. Ashipa*, Hamilton App. Nos. C–040867, C–040868 and C–040890.

## III

{¶ 163} The portion of the judgment of the court of appeals in the following case that is related to the proposition of law noted is reversed, and the judgment of the trial court is reinstated:

{¶ 164} 2005–1874. *State v. Brown*, Lucas App. No. L–04–1148, 2005-Ohio-4348, 2005 WL 2007887. Proposition of Law No. I.

## IV

{¶ 165} The judgments of the courts of appeals in the following cases are affirmed in part and reversed in part, and the causes are remanded to the trial courts for resentencing:

{¶ 166} 2005–0391. *State v. Bruce*, Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373, 824 N.E.2d 609. Affirmed as to the holding regarding maximum sentences and reversed and remanded on the portion of the opinion that modified the defendant's sentence.

{¶ 167} 2005–0498. *State v. Montgomery*, Hamilton App. No. C–040190, 159 Ohio App.3d 752, 2005-Ohio-1018, 825 N.E.2d 250. Affirmed as to the holding regarding more than minimum sentences and reversed and remanded on the portion of the opinion regarding consecutive sentences.

{¶ 168} 2005–1766. *State v. Roberts*, Hamilton App. Nos. C–040575 and C–050005, 2005-Ohio-4848, 2005 WL 2249106.

V

{¶ 169} The discretionary appeal is accepted in the following case on the proposition of law noted, and the judgment of the court of appeals is affirmed:

{¶ 170} 2005–2176. *State v. Short,* Cuyahoga App. No. 83804, 2005-Ohio-4578, 2005 WL 2100969. Proposition of Law No. I of the appeal.

VI

{¶ 171} The portions of the judgments of the courts of appeals related to the propositions of law noted in the following cases are reversed, and the appeals are dismissed in part as having been improvidently accepted pursuant to the rule relating to ineffective assistance of counsel announced in *Strickland v. Washington* (1984), 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674:

{¶ 172} 2005–0583. *State v. Sharp,* Cuyahoga App. No. 84346, 2005-Ohio-390, 2005 WL 272998. Proposition of Law No. I. Discretionary appeal as to Proposition of Law No. II is dismissed as having been improvidently accepted.

{¶ 173} 2005–2220. *State v. Hobbs,* Hamilton App. No. C–030915. Proposition of Law No. III. Discretionary appeal as to Proposition of Law No. II is dismissed as having been improvidently accepted.

VII

{¶ 174} The following appeals are dismissed as having been improvidently accepted pursuant to the rule relating to ineffective assistance of counsel announced in *Strickland v. Washington* (1984), 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674:

{¶ 175} 2004–2121. *State v. Keith,* Cuyahoga App. No. 83686, 2004-Ohio-5731, 2004 WL 2425654.

{¶ 176} 2005–0621. *State v. Burley,* Delaware App. No. 2004–CAA–04031, 2004-Ohio-6204, 2004 WL 2650254.

{¶ 177} 2005–0938. *State v. Prince,* Stark App. No. 2004CA00197, 2005-Ohio-277, 2005 WL 159629.

{¶ 178} 2005–0941. *State v. Suttles,* Hamilton App. No. C–030908.

{¶ 179} 2005–1178. *State v. Bolling,* Montgomery App. No. 20225, 2005-Ohio-2509, 2005 WL 1208103.

{¶ 180} 2005–1323.  *State v. Coran,* Clark App. No. 2003–CA–80, 2004-Ohio-6874, 2004 WL 2914969.

{¶ 181} 2005–1434.  *State v. Connell,* Huron App. No. H–03–026, 2005-Ohio-3202, 2005 WL 1492058.

{¶ 182} 2005–1522.  *State v. Thomas,* Wayne App. No. 04CA0073, 2005-Ohio-3307, 2005 WL 1523859.

{¶ 183} 2005–1558.  *State v. Dellinger,* Huron App. No. H–04–016, 2005-Ohio-663, 2005 WL 388210.

{¶ 184} 2005–1852.  *State v. Skinner,* Stark App. No. 2004–CA–00283, 2005-Ohio-4273, 2005 WL 1983965.

{¶ 185} 2005–1937.  *State v. Worthington,* Richland App. No. 2004–CA–0083, 2005-Ohio-4719, 2005 WL 2175135.

{¶ 186} 2005–2010.  *State v. Evans,* Cuyahoga App. No. 85583, 2005-Ohio-4584, 2005 WL 2100576.

{¶ 187} 2005–2275.  *State v. Preston,* Carroll App. No. 04 CA 811, 2005-Ohio-5657, 2005 WL 2746576.

{¶ 188} 2005–2342.  *State v. Gaines,* Hamilton App. No. C–040123.


### VIII

{¶ 189} The following certified conflicts previously recognized are answered by the opinion:

{¶ 190} 2005–0499.  *State v. Bruce,* Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373, 824 N.E.2d 609.

{¶ 191} 2005–0586.  *State v. Montgomery,* Hamilton App. No. C–040190, 159 Ohio App.3d 752, 2005-Ohio-1018, 825 N.E.2d 250.

{¶ 192} 2005–1014.  *State v. Curlis,* Wood App. No. WD–04–032, 2005-Ohio-1217, 2005 WL 635025.

{¶ 193} 2005–1046.  *State v. Colvin,* Franklin App. No. 04AP–421, 2005-Ohio-1448, 2005 WL 704818.

{¶ 194} 2005–1267.  *State v. Farley,* Butler App. No. CA2004–04–085, 2005-Ohio-2367, 2005 WL 1131745.

{¶ 195} 2005–1268.  *State v. Todd,* Butler App. No. CA2004–06–123, 2005-Ohio-2270, 2005 WL 1077179.

{¶ 196} 2005–1301.  *State v. Combs,* Butler App. No. CA2000–03–047, 2005-Ohio-1923, 2005 WL 941133.

{¶ 197} 2005–1551. *State v. Maracz,* Cuyahoga App. No. 85131, 2005-Ohio-3419, 2005 WL 1540997.

{¶ 198} 2005–1676. *State v. Fout,* Franklin App. No. 04AP–1139, 2005-Ohio-3151, 2005 WL 1483173.

{¶ 199} 2005–1745. *State v. Scarberry,* Logan App. No. 8–04–32, 2005-Ohio-1425, 2005 WL 696829.

{¶ 200} 2005–1790. *State v. West,* Washington App. No. 04CA37, 2005-Ohio-3485, 2005 WL 1580650.

{¶ 201} 2005–2215. *State v. Garza,* Wood App. No. WD–04–090, 2005-Ohio-5255, 2005 WL 2416351.

{¶ 202} 2005–2421. *State v. Gonzales,* Defiance App. No. 4–05–03, 2005-Ohio-4912, 2005 WL 2267351.

{¶ 203} 2006–0065. *State v. Piesciuk,* Butler App. No. CA2004–03–055, 2005-Ohio-5767, 2005 WL 2840637.


IX


{¶ 204} The following certified conflict is recognized and answered by the opinion:

{¶ 205} 2006–0140. *State v. Molina–Almaguer,* Franklin App. No. 04AP–1295, 2005-Ohio-5798, 2005 WL 2857746.


X


{¶ 206} Discretionary appeals are accepted in the following cases, the judgments of the courts of appeals are reversed, and the causes are remanded to the trial courts for resentencing. If propositions of law are noted, such reversals apply only to those portions of the judgments of the courts of appeals that are implicated by the applicable propositions of law:

{¶ 207} 2005–1749. *State v. Freeman,* Cuyahoga App. No. 85137, 2005-Ohio-3480, 2005 WL 1581105. Accepted on Proposition of Law No. I.

{¶ 208} 2005–1750. *State v. Beard,* Cuyahoga App. Nos. 84779 and 84780, 2005-Ohio-3417, 2005 WL 1541012. Accepted on Proposition of Law Nos. I and II.

{¶ 209} 2005–1769. *State v. Gipson,* Allen App. No. 1–04–84, 2005-Ohio-3886, 2005 WL 1797964. Accepted on Proposition of Law No. III.

{¶ 210} 2005–1829. *State v. Smith.* Accepted on Proposition of Law No. III.

{¶ 211} 2005–2031. *State v. Ostenkamp,* Hamilton App. No. C–040371. Accepted on the appeal and on Proposition of Law No. I of the cross-appeal.

{¶ 212} 2005–2144. *State v. Johnson,* Lucas App. Nos. L–04–1239 and L–04–1258, 2005-Ohio-5459, 2005 WL 2600427.

{¶ 213} 2005–2145. *State v. Reed,* Lorain App. No. 04CA008608, 2005-Ohio-5111, 2005 WL 2372757. Accepted on Proposition of Law No. VI.

{¶ 214} 2005–2177. *State v. Slabaugh,* Stark App. No. 2005 CA 00006, 2005-Ohio-5307, 2005 WL 2436185. Accepted on Proposition of Law Nos. I and II.

{¶ 215} 2005–2193. *State v. Smith,* Licking App. No. 04 CA 11, 2005-Ohio-5473, 2005 WL 2622952. Accepted on Proposition of Law No. II.

{¶ 216} 2005–2197. *State v. Gideons,* Cuyahoga App. No. 85654, 2005-Ohio-5149, 2005 WL 2388325.

{¶ 217} 2005–2206. *State v. Schmoll,* Delaware App. No. 05CAA02005, 163 Ohio App.3d 677, 2005-Ohio-5379, 839 N.E.2d 995. Accepted on Proposition of Law No. II.

{¶ 218} 2005–2216. *State v. Abboud,* Cuyahoga App. No. 85750, 2005-Ohio-5847, 2005 WL 2882936. Accepted on Proposition of Law No. VI.

{¶ 219} 2005–2217. *State v. Serrano,* Portage App. No. 2005–P–0003, 164 Ohio App.3d 103, 2005-Ohio-5606, 841 N.E.2d 368. Accepted on Proposition of Law No. IV.

{¶ 220} 2005–2221. *State v. Arthur,* Clermont App. No. CA2005–04–028.

{¶ 221} 2005–2248, *State v. Schweitzer,* Auglaize App. No. 2–05–03, 2005-Ohio-5611, 2005 WL 2709548. Accepted on Proposition of Law Nos. I and II.

{¶ 222} 2005–2253. *State v. Quivey,* Meigs App. No. 04CA8, 2005-Ohio-5540, 2005 WL 2671416. Accepted on Proposition of Law No. I.

{¶ 223} 2005–2269. *State v. Wright,* Summit App. No. 22599, 2005-Ohio-5496, 2005 WL 2659933.

{¶ 224} 2005–2270. *State v. Yander,* Franklin App. No. 05AP–38, 2005-Ohio-5538, 2005 WL 2669523. Accepted on Proposition of Law Nos. II and III.

{¶ 225} 2005–2272. *State v. Huff,* Franklin App. No. 04AP–1179, 2005-Ohio-5533, 2005 WL 2670037.

{¶ 226} 2005–2285. *State v. Sullivan,* Hamilton App. No. C–040186. Accepted on Proposition of Law No. II.

{¶ 227} 2005–2297. *State v. Dickens,* Hamilton App. Nos. C–040768 and C–040774. Accepted on Proposition of Law Nos. I and II.

{¶ 228} 2005–2313. *State v. Bailum,* Clark App. No. 2004 CA 53, 2005-Ohio-5777, 2005 WL 2858110. Accepted on Proposition of Law No. I.

{¶ 229} 2005–2326. *State v. Lariva,* Franklin App. No. 05AP–5, 2005-Ohio-5928, 2005 WL 2981242.

{¶ 230} 2005–2339. *State v. Molina–Almaguer,* Franklin App. No. 04AP–1295, 2005-Ohio-5798, 2005 WL 2857746.

{¶ 231} 2005–2347. *State v. Davis,* Cuyahoga App. No. 85477, 2005-Ohio-5544, 2005 WL 2671403. Accepted on Proposition of Law Nos. III and IV.

{¶ 232} 2005–2383. *State v. Martin,* Cuyahoga App. No. 85933, 2005-Ohio-5970, 2005 WL 3007712.

{¶ 233} 2005–2408. *State v. Bennett,* Brown App. No. CA2004–09–028, 2005-Ohio-5898, 2005 WL 2937289. Accepted on Proposition of Law No. VI.

{¶ 234} 2005–2410. *State v. Mansfield,* Putnam App. No. 12–05–09, 2005-Ohio-5895, 2005 WL 2931932.

{¶ 235} 2005–2428. *State v. Wilson,* Perry App. No. 05–CA–5, 2005-Ohio-6201, 2005 WL 3112874.

{¶ 236} 2005–2432. *State v. Pena,* Franklin App. No. 05AP–41, 2005-Ohio-6103, 2005 WL 3073368. Accepted on Proposition of Law Nos. I and II.

{¶ 237} 2006–0020. *State v. Brooks,* Cuyahoga App. No. 85652, 2005-Ohio-6015, 2005 WL 3029072. Accepted on Proposition of Law No. II.

{¶ 238} 2006–0025. *State v. Campbell,* Lake App. No. 2004–L–126, 2005-Ohio-6147, 2005 WL 3096529.

{¶ 239} 2006–0090. *State v. Taylor,* Fayette App. Nos. CA2005–01–001 and CA2005–01–004, 2005-Ohio-6426, 2005 WL 3276168. Accepted on Proposition of Law Nos. I, II, and III.

{¶ 240} 2006–0108. *State v. Roper,* Summit App. No. 22566, 2005-Ohio-6327, 2005 WL 3190966.

{¶ 241} 2006–0117. *State v. Torok,* Ashtabula App. Nos. 2004–A–0082 and 2004–A–0083, 2005-Ohio-6423, 2005 WL 3274987.

{¶ 242} 2006–0128. *State v. Gilmore,* Franklin App. No. 05AP–309, 2005-Ohio-6472, 2005 WL 3304108.

{¶ 243} 2006–0131. *State v. Dudley,* Franklin App. No. 05AP–144, 2005-Ohio-6503, 2005 WL 3317385. Accepted on Proposition of Law Nos. I and II.

{¶ 244} 2006–0133. *State v. Roberts,* Ashtabula App. No. 2004–A–0041, 2005-Ohio-6716, 2005 WL 3476662.

{¶ 245} 2006–0145. *State v. Ward,* Franklin App. Nos. 05AP–189 and 05AP–190, 2005-Ohio-6501, 2005 WL 3316617.

{¶ 246} 2006–0171. *State v. Pace,* Medina App. No. 05CA0054–M, 2005-Ohio-6609, 2005 WL 3416182.

328

{¶ 247} 2006–0172. *State v. Ankrom,* Lake App. No. 2004–L–125, 2005-Ohio-6568, 2005 WL 3366971.

{¶ 248} 2006–0209. *State v. Velotta,* Lake App. No. 2004–L–166, 2005-Ohio-6707, 2005 WL 3476647.

{¶ 249} 2006–0215. *State v. Royals,* Hamilton App. No. C–050309.

{¶ 250} 2006–0226. *State v. Perkins,* Butler App. No. CA2005–02–036.

{¶ 251} 2006–0251. *State v. Herbert,* Wyandot App. No. 16–05–08, 2005-Ohio-6869, 2005 WL 3527007.

{¶ 252} 2006–0307. *State v. Hampton,* Franklin App. No. 04AP–806, 2005-Ohio-7023, 2005 WL 3557455. Accepted on Proposition of Law No. III.